

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2016

No. 04-16-00370-CR

Robert Michael **RIDINGS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 486449
The Honorable Crystal D. Chandler, Judge Presiding

# **O R D E R**

The appellee's motion for extension of time to file its brief is granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court